**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TED M. CARTWRIGHT
ADC #137787                                                                             PETITIONER

VS.                                        5:08CV00088 WRW/JTR

STATE OF ARKANSAS                                                            RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 14th day of May, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE